THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAVID DENNIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERIGROUP WASHINGTON, INC., a Washington corporation,<br><br>Defendant. | Case No. 3:19-cv-05165-JLR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS, AND SERVICE AWARD TO THE PLAINTIFF**<br><br>**Noting Date: March 23, 2021** |

THIS MATTER came before the Court on Plaintiff's Motion for Attorneys' Fees and Costs, and Service Award to the Plaintiff. Having considered the briefs and all other materials submitted by the Parties, the arguments of counsel, and all other matters, and good cause appearing therefor:

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

In accordance with the terms of the Settlement Agreement, Class Counsel shall be awarded $213,490.76 ($200,000 in fees and $13,490.76 in costs), to be paid by Defendant Amerigroup Washington, Inc. separate from and in addition to the Settlement Fund.

Additionally, Plaintiff David Dennis shall be awarded a service award in the amount of

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS, AND SERVICE AWARD TO THE PLAINTIFF
Case No. 3:19-cv-05165-JLR

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Tel. 415.956.1000 • Fax 415.956.1008

1  $10,000, also to be paid by Defendant Amerigroup Washington, Inc. separate from and in
2  addition to the Settlement Fund.
3      IT IS SO ORDERED.

Dated: March 23, 2021

_____
Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR ATTORNEYS' FEES AND COSTS, AND SERVICE
AWARD TO THE PLAINTIFF
Case No. 3:19-cv-05165-JR

-2-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Tel. 415.956.1000 • Fax 415.956.1008